IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YVONNE BROWN, : | |
| Plaintiff, : | |
| v. : | |
| LA FIESTA RESTAURANT #5, INC., : | CIVIL ACTION NO. |
| ET AL, : | 1:22-cv-3204-AT |
| Defendants. : | |

## **ORDER**

The Court has been advised that the parties have reached a settlement agreement and dismissal is forthcoming [Doc. 14].

As no matters remain pending before the Court, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this action. The parties are directed to file a stipulation of dismissal within **SIXTY (60) DAYS** of the entry date of this Order. Should settlement not be consummated by that time, the Parties may move to reopen this action.

It is further **ORDERED** that the Court retains jurisdiction to vacate this order of dismissal and to reopen the action, if necessary. If neither a stipulation of dismissal nor a motion to re-open the case are filed within the sixty days, this action will be dismissed with prejudice.

**SO ORDERED** this 5th day of October, 2022.

_____
**Amy Totenberg
United States District Judge**