IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YVONNE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 1:22-cv-03204-AT |
| LA FIESTA MEXICAN ) | |
| RESTAURANT #5, INC. and ) | |
| CARLOS A. HERNANDEZ ) | |
| d/b/a CLH REAL ESTATE, L.L.C., ) | |
| ) | |
| Defendants. ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Yvonne Brown ("Plaintiff") and Defendants La Fiesta Mexican Restaurant #5, Inc. ("La Fiesta") and Carlos A. Hernandez, d/b/a CLH Real Estate, L.L.C. ("Hernandez"), by and through the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed with prejudice as to all Defendants, without an award of fees or costs to any party.

Dated: October 25, 2022.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240

1

The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

/s/J. Mac C. Pilgrim
J. Mac C. Pilgrim
Georgia Bar No. 141955
The Pilgrim Law Group, LLC
1 Community Square Boulevard
Villa Rica, Georgia 30180
Fax: (770) 459-9207
mac@theplg.net

## **CERTIFICATE OF SERVICE**

I certify that on October 25, 2022, I filed the within and foregoing Stipulation of Dismissal with Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be delivered via electronic mail to the following counsel of record:

J. Mac C. Pilgrim, Esq.
The Pilgrim Law Group, LLC
1 Community Square Boulevard
Villa Rica, Georgia 30180
Fax: (770) 459-9207
mac@theplg.net

/s/Craig J. Ehrlich
Craig J. Ehrlich

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

<pre>
                              /s/Craig J. Ehrlich
                              Craig J. Ehrlich
</pre>